IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY J. DANIELS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DET. BUHMAN et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-1060-DAK<br><br>District Judge Dale A. Kimball |

　　　　In an Order dated January 12, 2017, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $0.89 and submit a consent to have the remaining fee collected in increments from his/her inmate account. To date, Plaintiff has done neither.

　　　　IT IS THEREFORE ORDERED that, because (s)he has failed to comply with the Court's order and has failed to prosecute his/her case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　United States District Judge